FILED
2014 Sep-05 PM 04:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **DARMAWAN LUDIRDJA,** | )<br>)<br>) |
| **Plaintiff,** | )<br>)<br>) |
| **v.** | ) **CIVIL ACTION NO.:**<br>)   **2:14-cv-1558-LSC**<br>) |
| **THE CBE GROUP, INC.,** | )<br>)<br>) |
| **Defendant.** | ) |

## NOTICE OF SETTLEMENT

**COMES NOW** defendant The CBE Group, Inc. ("Defendant"), by and through its undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached as to all claims of plaintiff Darmawan Ludirdja ("Plaintiff") against Defendant.

As a result of the settlement, Defendant requests that this Honorable Court vacate all dates currently set on the calendar for this matter and give the parties 30 days to file the necessary dismissal papers.

Respectfully submitted this 5th day of September, 2014.

　　　　　　　　　　　　　　　　　　 *s/ Ryan J. Hebson*
　　　　　　　　　　　　　　　　　　R. Frank Springfield (SPR024)
　　　　　　　　　　　　　　　　　　Ryan J. Hebson (HEB003)
　　　　　　　　　　　　　　　　　　BURR & FORMAN LLP
　　　　　　　　　　　　　　　　　　420 North 20th Street, Suite 3400
　　　　　　　　　　　　　　　　　　Birmingham, Alabama  35203
　　　　　　　　　　　　　　　　　　Telephone:  (205) 251-3000

21638702 v1

Facsimile: (205) 458-5100
fspringf@burr.com
rhebson@burr.com

Attorneys for Defendant
THE CBE GROUP, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of September, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

> John G. Watts
> M. Stan Herring
> Watts & Herring, LLC
> The Kress Building
> 301 19th Street North
> Birmingham, Alabama  35203

I hereby certify that I have mailed by United States Postal Service the foregoing document to the following non-CM/ECF participants:  N/A            .

> Respectfully submitted,
>
>  *s/ Ryan J. Hebson*            
> Ryan J. Hebson (HEB003)
> Of Counsel

21638702 v1