IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DARMAWAN LUDIRDJA, | ) | |
| Plaintiff; | ) | |
| vs. | ) | 2:14-cv-1558-LSC |
| THE CBE GROUP, INC., | ) | |
| Defendant. | ) | |

ORDER

The Court has been advised by the parties that a settlement has been reached in this matter and is being finalized. Accordingly, this action is DISMISSED with prejudice. Any party may, for good cause shown, reopen this action within thirty (30) days from the date of this Order. Costs are taxed as paid.

Done this <u>8th</u> day of September <u>2014</u>.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
177822